# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00585-CR

**Tresa Denise Byrd, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT NO. D-1-DC-06-203669, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Tresa Byrd seeks to appeal a judgment of conviction for forgery. The trial court has certified that this is a plea bargain case and Byrd has no right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:  November 15, 2007

Do Not Publish